UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | 1:06-cv-1243 OWW SMS<br><br>SCHEDULING CONFERENCE ORDER<br><br>Discovery Cut-Off: C<br><br>Non-Dispositive Motion Filing Deadline: C<br><br>Dispositive Motion Filing Deadline: C<br><br>Settlement Conference Date: C<br><br>Pre-Trial Conference Date:   C<br><br>Trial Date:   C |

I.   Date of Scheduling Conference.

　　　February 5, 2007.

II.   Appearances Of Counsel.

　　　Seiler Epstein Ziegler & Applegate LLP by Douglas A.

1

Applegate, Esq., appeared on behalf of Plaintiffs.

Segal & Kirby by James R. Kirby II, Esq., appeared on behalf of Defendant Downey Brand LLP.

Murphy, Pearson, Bradley & Feeney by Vincent O'Gara, Esq., appeared on behalf of Defendant Genske, Mulder & Company.

III.   Status of Case.

1.   The parties have noted that Defendants George Vieira, et al., and Anthony Cary are in the process of being served.  It is anticipated that it may be necessary to serve Mr. Cary by publication.

2.   The parties agree that it is not the best use of their resources to proceed with a scheduling conference before all parties have appeared.  Moreover, there are pending 12(b)(6) motions that will be before the court for resolution.

3.   Upon agreement of all appearing parties;

IT IS ORDERED that the Scheduling Conference is continued for 60 days or upon ruling on the pending 12(b)(6) motions, whichever later occurs.  The Courtroom Deputy shall reschedule the Scheduling Conference after contacting the parties for available dates, once rulings on the 12(b)(6) motions are issued. IT IS SO ORDERED.

Dated:    February 5, 2007                  /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE