RONALD E. MALLEN (SBN: 40928)
KARA E. FARMER (SBN: 233373)
rmallen@hinshawlaw.com
kfarmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street
18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
ANTHONY CARY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, indvidually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>       Plaintiffs,<br><br>   vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No.: CV-F-06-1243 OWW/SMS<br><br>**STIPULATION AND ORDER APPROVING ADDITIONAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CIVIL L.R. 6-144(a)**<br><br>Complaint Filed:    June 25, 2007<br><br>Honorable OLIVER W. WANGER |

1

STIPULATION AND ORDER APPROVING ADDITIONAL EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. 1-06-CV01243-OWW/SMS

PDF created with pdfFactory trial version www.pdffactory.com

## I. STIPULATION TO EXTEND TIME FOR RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiffs and Defendant, Anthony Cary, through their counsel, hereby agree and stipulate that:

a. Defendant Cary received one prior extension of time to respond to Plaintiffs' First Amended Complaint, until Friday, August 10, 2007.

b. Defendants Genske-Mulder LLP and Downey Brand LLP's Motions to Dismiss are set for hearing on August 13, 2007.

c. Plaintiffs and Defendant Cary agree that, in order to allow the parties to informally examine whether to proceed on the claims against Defendant Cary, Defendant Cary will, with the Court's approval, have an additional extension of time to respond to Plaintiffs' First Amended Complaint until August 24, 2007.

d. No other parties, besides Plaintiffs and Defendant Cary are affected by this stipulation and order.

SO STIPULATED.

DATED:   July _30, 2007        SEILER EPSTEIN ZIEGLER & APPLEGATE, LLP

By: __/s/ signed_____
       Douglas A. Applegate
       Attorneys for Plaintiffs

DATED:   July _30, 2007        HINSHAW & CULBERTSON LLP

By: ___/s/ signed_____
       Ronald E. Mallen
       Kara E. Farmer
       Attorneys for Defendant
       ANTHONY CARY

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that, upon the above stipulation of the affected
2  parties, Defendant Cary shall have an additional extension of time to respond to
3  Plaintiffs' First Amended Complaint, to August 24, 2007.

5  DATED: _August 1, 2007          /s/ Oliver W. Wanger

6  _____
   HONORABLE OLIVER W. WAGNER
7  UNITED STATES DISTRICT JUDGE

11  2961182/850182

PDF created with pdfFactory trial version www.pdffactory.com