George M. Lee (SBN 172982)
Douglas A. Applegate (SBN 142000)
Mark W. Epstein (143202)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs

FILED
AUG 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>Plaintiffs<br>vs.<br><br>GEORGE VIEIRA; ET AL.,<br><br>Defendants | Case No.: CV-F-06-1243 OWW/SMS<br><br>[~~PROPOSED~~]<br><br>ORDER CONTINUING HEARING |

Upon the stipulation of counsel and with good cause appearing,

IT IS HEREBY ORDERED that the hearing on the motions by defendants Genske Mulder & Company and Downey Brand LLP to dismiss plaintiffs' first amended complaint, and the hearing on the motion by defendant Genske Mulder & Company to strike portions of plaintiffs' first amended complaint shall be, and hereby are, continued from 10:00 am on August 16, 2007 to 12:00 noon on August 29, 2007 in Courtroom 3 of the District Court.

DATED: August 10, 2007

By: _____
Hon. Oliver W. Wanger
Judge of the United States District Court

ORDER CONTINUING HEARING