1  RONALD E. MALLEN (SBN: 40928)
   KARA E. FARMER (SBN: 233373)
2  rmallen@hinshawlaw.com
   kfarmer@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   One California Street
4  18th Floor
   San Francisco, CA 94111
5  Telephone:    415-362-6000
   Facsimile:    415-834-9070
6
   Attorneys for Defendant
7  ANTHONY CARY

8

9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12                   **FRESNO DIVISION**

13  MANUEL LOPES and MARIANA              )
    LOPES, dba LOPES DAIRY; RAYMOND       ) Case No.**:** CV-F-06-1243 OWW/SMS
14  LOPES; JOSEPH LOPES and MICHAEL       )
    LOPES, indvidually and dba WESTSIDE   )
15  HOLSTEIN; ALVARO MACHADO and          )
    TONY ESTEVAN                          )
16                                         ) **STIPULATION AND ORDER**
                                           ) **APPROVING ADDITIONAL**
17          Plaintiffs,                    ) **EXTENSION OF TIME TO RESPOND**
                                           ) **TO PLAINTIFF'S FIRST AMENDED**
18          vs.                            ) **COMPLAINT PURSUANT TO CIVIL**
                                           ) **L.R. 6-144(a)**
19  GEORGE VIEIRA; MARY VIEIRA;           )
    CALIFORNIA MILK MARKET, a             )
20  California Corporation; VALLEY GOLD,  )
    LLC, a California Limited Liability    ) Complaint Filed:    June 25, 2007
21  Company; GENSKE-MULDER LLP, a         )
    California Limited Liability Partnership; ) Honorable OLIVER W. WANGER
22  ANTHONY CARY; DOWNEY BRAND            )
    LLP, a California Limited Liability     )
23  Partnership; CENTRAL VALLEY           )
    DAIRYMEN, INC., a California Food and  )
24  Agricultural Nonprofit Cooperative     )
    Association; and DOES 1 through 25,    )
25  inclusive,                             )
                                           )
26          Defendants.                    )
    _____)

27

28
                                  1

PDF created with pdfFactory trial version www.pdffactory.com

**I.    STIPULATION TO EXTEND TIME FOR RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiffs and Defendant, Anthony Cary, through their counsel, hereby agree and stipulate that:

a.    Defendant Cary received two prior extensions of time to respond to Plaintiffs' First Amended Complaint.  The first extension allowed Defendant Cary until Friday, August 10, 2007 to respond.  The second extension allowed Defendant Cary until August 24, 2007 to respond.

b.    Defendants Genske-Mulder LLP and Downey Brand LLP's Motions to Dismiss were set for hearing on August 13, 2007.  The Court continued the hearing on the Motions to Dismiss to August 29, 2007.

c.    Plaintiffs and Defendant Cary agree that, because Plaintiffs continue to examine whether to proceed on the claims against Defendant Cary, and given the continuance of the hearing on the Motions to Dismiss, Defendant Cary will, with the Court's approval, have an additional extension of time to respond to Plaintiffs' First Amended Complaint until September 14, 2007.

d.    No other parties, besides Plaintiffs and Defendant Cary are affected by this stipulation and order.

SO STIPULATED.


DATED:        August 17, 2007            SEILER EPSTEIN ZIEGLER & APPLEGATE, LLP



By: _____
      Douglas A. Applegate
      Attorneys for Plaintiffs

2

PDF created with pdfFactory trial version www.pdffactory.com

DATED:       August 17, 2007              HINSHAW & CULBERTSON LLP


                                          By: _____
                                               Ronald E. Mallen
                                               Kara E. Farmer
                                               Attorneys for Defendant
                                               ANTHONY CARY

        IT IS HEREBY ORDERED that, upon the above stipulation of the affected

parties, Defendant Cary shall have an additional extension of time to respond to

Plaintiffs' First Amended Complaint, to September 14, 2007.


DATED: August 21, 2007                    /s/ Oliver W. Wanger

                                          _____
                                          HONORABLE OLIVER W. WAGNER
                                          UNITED STATES DISTRICT JUDGE

2961182/850182

3

STIPULATION AND ORDER APPROVING ADDITIONAL EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. 1-06-CV01243-OWW/SMS