RONALD E. MALLEN (SBN: 40928)
KARA E. FARMER (SBN: 233373)
rmallen@hinshawlaw.com
kfarmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street
18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
ANTHONY CARY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, indvidually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>            Plaintiffs,<br><br>   vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.: CV-F-06-1243 OWW/SMS<br><br>**CORRECTED**<br><br>**STIPULATION AND ORDER APPROVING ADDITIONAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO CIVIL L.R. 6-144(a)**<br><br>Complaint Filed:    June 25, 2007<br><br>Honorable OLIVER W. WANGER |

1
STIPULATION AND ORDER APPROVING ADDITIONAL EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 1-06-CV01243-OWW/SMS

PDF created with pdfFactory trial version www.pdffactory.com

## I. STIPULATION TO EXTEND TIME FOR RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiffs and Defendant, Anthony Cary, through their counsel, hereby agree and stipulate that:

a. Defendant Cary received three prior extensions of time to respond to Plaintiffs' First Amended Complaint. The first extension allowed Defendant Cary until Friday, August 10, 2007 to respond. The second extension allowed Defendant Cary until August 24, 2007 to respond. The third extension allowed Defendant Cary until September 14, 2007 to respond.

b. Defendants Genske-Mulder LLP and Downey Brand LLP's Motions to Dismiss were set for hearing on August 13, 2007. The Court continued the hearing on the Motions to Dismiss to August 29, 2007. Recently, due to the press of business, the Court continued the hearing on the Motions to Dismiss to September 17, 2007.

c. Plaintiffs and Defendant Cary agree that, because Plaintiffs continue to examine whether to proceed on the claims against Defendant Cary, and given the recent continuance of the hearing on the Motions to Dismiss, Defendant Cary will, with the Court's approval, have an additional extension of time to respond to Plaintiffs' First Amended Complaint until October 5, 2007.

d. No other parties, besides Plaintiffs and Defendant Cary are affected by this stipulation and order.

SO STIPULATED.

DATED: September 10, 2007          SEILER EPSTEIN ZIEGLER & APPLEGATE, LLP


By: /S/ Douglas A. Applegate
Douglas A. Applegate
Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3  DATED:      September 11, 2007         HINSHAW & CULBERTSON LLP
4
5                                         By: ___/S/ Kara E. Farmer_____
                                              Ronald E. Mallen
6                                             Kara E. Farmer
                                              Attorneys for Defendant
7                                             ANTHONY CARY

8       IT IS HEREBY ORDERED that, upon the above stipulation of the affected

9  parties, Defendant Cary shall have an additional extension of time to respond to

10 Plaintiffs' First Amended Complaint, to October 5, 2007.

11
12 DATED: Sept. 16, 2007
                                          /s/ OLIVER W. WANGER
13                                        _____
                                          HONORABLE OLIVER W. WAGNER
14                                        UNITED STATES DISTRICT JUDGE

15
16
17
18 2962367/850182
19
20
21
22
23
24
25
26
                                          3
27 STIPULATION AND ORDER APPROVING ADDITIONAL EXTENSION OF TIME TO RESPOND TO FIRST
                                 AMENDED COMPLAINT
28                          CASE NO. 1-06-CV01243-OWW/SMS

PDF created with pdfFactory trial version www.pdffactory.com