UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPEZ, et al., | 1:06-CV-1243 OWW SMS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** AS TO DEFENDANT ANTHONY CARY ONLY |
| GEORGE VIEIRA, et al., | |
| Defendant. | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a)(1)(i),

IT IS HEREBY ORDERED that this matter is dismissed without prejudice as to defendant ANTHONY CARY only.

IT IS SO ORDERED.

**Dated:   October 9, 2007**            /s/ Oliver W. Wanger
                             UNITED STATES DISTRICT JUDGE

1