**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MANUAL LOPES, et al.,** | ) | No. CV-F-06-1243 OWW/SMS |
| | ) | |
| | ) | **ORDER RE PLAINTIFFS' EMAIL** |
| | ) | **REQUEST FOR CLARIFICATION** |
| **Plaintiff,** | ) | |
| vs. | ) | |
| | ) | |
| **GEORGE VIEIRA, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On March 18, 2008, Plaintiffs' counsel Douglas Applegate emailed Courtroom Deputy Alice Timken requesting clarification of certain items in the Memorandum Decision and Order filed on March 13, 2008 (Doc. 67).

Specifically, Mr. Applegate seeks clarification of the portions of the FAC dismissed with leave to amend, contending that the Memorandum Decision and Order does not specify any claim or cause of action as dismissed with leave to amend.

The Memorandum Decision and Order intended that Plaintiffs

1

1 file a Second Amended Complaint separately stating as two causes
2 of action Plaintiffs' claims under Section 12 of the Securities
3 Act of 1933 and Section 10b of the Securities Exchange Act of
4 1934.  The Memorandum Decision and Order also intended that
5 claims dismissed with prejudice against the moving Defendants and
6 any claims dismissed with prejudice applicable to all Defendants
7 in this action be deleted and not reasserted in the Second
8 Amended Complaint.

9   Mr. Applegate also requests clarification of the rulings at
10 pages 88-89 with regard to the specificity challenges concerning
11 the pleading of fraud and intentional misrepresentation.  The
12 Court intended that the discussion of the challenges to Rule 10b-
13 5 apply to these claims.

14   Finally, Mr. Applegate requests clarification if a specific
15 portion of the Memorandum Decision and Order is missing on page
16 89.  The misnumbering is simply a typographical error.

17   IT IS SO ORDERED.

18 **Dated:   March 18, 2008**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE