IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUAL LOPES, et al., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE VIEIRA, et al., <br><br> Defendant. | No. CV-F-06-1243 OWN/SMS <br><br> ORDER RE DEFENDANT GENSKE-MULDER LLP'S FAXED REQUEST FOR CLARIFICATION |

On March 20, 2008, Vincent O'Hara, counsel for Defendant Genske-Mulder LLP, faxed a letter to the Court requesting further clarification of the "Order re Plaintiffs' Email Request for Clarification" filed on March 18, 2008.

Specifically, Defendant asserts that the March 18, 2008 Order that "Plaintiffs [shall] file a Second Amended Complaint separately stating as two causes of action Plaintiffs' claim under Section 12 of the Securities Act of 1933 and Section 10b of the Securities Exchange Act of 1934" is inconsistent with the Memorandum Decision and Order filed on March 13, 2008 at 40:9-14,

1

**dismissing the Third Cause of Action against the moving Defendants without leave to amend to the extent the Third Cause of Action alleges a violation of Section 12(2) of the Securities Act, 15 U.S.C. § 77*l*(a)(2).**

**There is no inconsistency.  The dismissal of the Section 12(2) claim against Genske-Mulder and Downey Brand was based on the conclusion that neither Defendant was a "seller" as required by law.  Because there are other defendants in this action, the Memorandum Decision could not and did not address the "seller" requirement with regard to those defendants.**

IT IS SO ORDERED.

**Dated:  March 21, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE