Douglas A. Applegate (SBN 142000)
Mark W. Epstein (SBN 143202)
George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California  94104
Phone:  (415) 979-0500
Fax:     (415) 979-0511

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>Plaintiffs<br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>Defendants | Case No.:  CV-F-06-1243 OWW/SMS<br><br>**ORDER FOR SERVICE ON SECRETARY OF STATE**<br><br><br><br><br><br><br><br><br><br>Judge:     Hon. Oliver W. Wanger |

On reading and considering the application of plaintiffs for an order directing service of the summons and second amended complaint on defendant Valley Gold, LLC, a California limited liability company, by delivery to the Secretary of State, and it being shown to the

PDF created with pdfFactory trial version www.pdffactory.com

satisfaction of the Court that the agent for service of process cannot with reasonable diligence be found at the address designated for personally delivering a summons and complaint and the summons and complaint cannot be served with reasonable diligence on the designated agent by hand in the manner provided in CCP §§ 415.10, 415.20(a), or 415.30(a), the agent designated for service of process is a natural person and cannot with due diligence be found at the address stated in the designation.

IT IS ORDERED THAT the application is granted, and service be made on defendant Valley Gold, LLC by personal delivery of the summons and second amended complaint together with a copy of this order to the Secretary of State, or to an assistant or deputy Secretary of State.

IT IS SO ORDERED.

Dated: April 10, 2008

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

PDF created with pdfFactory trial version www.pdffactory.com