1  JAMES R. KIRBY II (SBN 088911)
   SEGAL & KIRBY LLP
2  770 L Street, Suite 1440
   Sacramento, CA 95814
3  Telephone: (916) 441-0828
   Facsimile: (916) 446-6003
4
   Attorneys for Defendant DOWNEY BRAND LLP
5

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9                    FRESNO DIVISION

10

11 MANUEL LOPES and MARIANA      CASE NO. 1:06-CV-01243-OWW-SMS
   LOPES, dba LOPES DAIRY, et
   al.
12                               **STIPULATION AND PROPOSED
              Plaintiffs,        ORDER MODIFYING SCHEDULING
13                               CONFERENCE ORDER**

14 vs.

15
   GEORGE VIEIRA, et al.
16

17            Defendants
                                  /
18

19     The following facts are the basis for this stipulation:

20     The Court issued a scheduling order requiring disclosure of expert

21 witnesses on July 31, 2009. Scheduling Order at 7: 1-12 (Jul. 18, 2008).

22     Defendant Downey Brand LLP (Downey Brand) has asserted

23 attorney-client and client confidentiality privileges as well as the work

24 product doctrine (collectively "privileges" or "privileged") in responses to

25 Plaintiffs' Request for Production of Documents (Set One). Plaintiffs will

26 move to compel responses.

27     Downey Brand has moved for summary judgment on the derivative

28 claims brought by Valley Gold LLC (Valley Gold) on the following grounds:

1  Valley Gold has instructed Downey Brand to assert all privileges
2  related to the offering to investors (the Offering) that underlies Plaintiffs'
3  claims against Downey Brand, Downey Brand has done so, Downey Brand
4  cannot defend itself without disclosing privileged communications, and the
5  derivative claim against Downey Brand must therefore be dismissed.

6  When discovery is complete, Downey Brand will move for summary
7  judgment against the individual Plaintiffs raising this and other issues.

8  Downey Brand has confirmed that Plaintiffs have bills for its services
9  that Downey Brand sent to Valley Gold. Downey Brand asserts those bills
10 are privileged (Plaintiffs assert any privilege has been waived). Downey
11 Brand will move for protective order seeking their return. Magistrate Judge
12 Snyder has set a conference call on this matter for July 15, 2009.

13 The parties do not and cannot know what material the Court and the
14 Magistrate Judge will eventually find to be privileged or if the Court will find
15 that none of it is privileged or that the privilege has been waived.

16 At present, Downey Brand can provide its attorney standard of care
17 expert with nothing more than two transcripts of depositions of Downey
18 Brand attorneys, which consist for the most part of privilege objections and
19 contain almost nothing of substance regarding the Offering. As to Plaintiffs,
20 if they provide their attorney standard of care expert with material the Court
21 later finds to be privileged, that expert will necessarily be disqualified.

22 To avoid potential prejudice to the parties as well as disruption of the
23 existing schedule established by the Court, the parties stipulate as follows:

24 The first sentence of Paragraph 2 under "IX. Discovery Plan and Cut-
25 Off Date" in the Scheduling Order may be replaced with the following:

26 The parties are directed to disclose all expert witnesses, in writing, on or before July 31, 2009, except for attorney standard
27 of care experts. Attorney standard of care experts will be disclosed after the Court and the Magistrate Judge resolve all
28 questions of privilege and the work product doctrine asserted by Downey Brand or as otherwise ordered by the Court.

```
 1    SO STIPULATED:
 2                                          SEILER EPSTEIN ZEIGLER &
                                            APPLEGATE LLP
 3
 4    Dated: 7/14/09
 5                                          DOUGLAS A. APPLEGATE
                                            Attorneys for Plaintiffs
 6
 7                                          SEGAL & KIRBY LLP
 8    Dated: 7/14/09
 9
10                                          JAMES R. KIRBY II
                                            Attorneys for Defendant
                                            DOWNEY BRAND LLP
11
12                                          LAW OFFICES OF BLAIR M. WHITE
13
14    Dated: July 14, 2009                  /s/ BLAIR MORGAN WHITE
                                            BLAIR MORGAN WHITE
15                                          Attorneys for Defendants GEORGE
                                            VIEIRA, MARY VIEIRA, CALIFORNIA
16                                          MILK MARKET and CENTRAL VALLEY
                                            DAIRYMENT, INC.
17
18                                          MURPHY PEARSON BRADLEY &
                                            FEENEY
19    Dated: 07/14/2009
20
21                                          VINCENT O'GARA
                                            Attorneys for Defendants GENSKE-
22                                          MULDER LLP
23
24    IT IS SO ORDERED:
25    Dated: 7/15/09
26                                          UNITED STATES DISTRICT JUDGE
                                                         Magistrate
27
28
```