1

2

3

4

5

6

7

8

9

10

11

12

13

14

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA LOPES, et al., | ) 1:06-cv-1243-OWW-SMS |
| | ) |
| Plaintiffs, | ) ORDER FOLLOWING TELEPHONIC STATUS |
| v. | ) CONFERENCE CONCERNING DISCOVERY |
| | ) MOTIONS (DOCS. 104, 106) |
| GEORGE VIEIRA, et al., | ) |
| | ) ORDER CONTINUING HEARING ON |
| Defendants. | ) DISCOVERY MOTIONS (DOCS. 104, |
| | ) 106) FROM SEPTEMBER 4, 2009, TO |
| | ) OCTOBER 9, 2009 |

15

16

**New date: October 9, 2009**
**Time: 9:30 a.m.**
**Courtroom: 7**

17

18

19

ORDER NOTING CONTINUANCE OF
HEARING ON DEFENDANT DOWNEY
BRAND'S MOTION FOR SUMMARY
JUDGMENT (DOC. 96) FROM OCTOBER
5, 2009, TO NOVEMBER 23, 2009

20

21

22

**New date: November 23, 2009**
**Time:      10:00 a.m.**
**Courtroom: 3**
**Judge:    Hon. Oliver W. Wanger**

22

23

DIRECTIONS CONCERNING SUBMISSION
OF DOCUMENTS FOR IN CAMERA REVIEW

24

25

26

27

     Plaintiffs are proceeding with a civil action in this Court.

The matter has been referred to the Magistrate Judge pursuant to

28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

28

     In connection with the intention of Plaintiffs and Defendant

1

1  Downey Brand LLP to submit to the Court for in camera review

2  documents that are the subject of pending discovery motions, the

3  Court held a telephonic status conference concerning the

4  discovery motions at 1:30 p.m. on September 10, 2009, in which

5  Douglas A. Applegate participated on behalf of Plaintiffs and

6  James R. Kirby participated on behalf of Defendant Downey Brand

7  LLP.

8       Plaintiffs and Defendant Downey Brand LLP ARE DIRECTED to

9  submit to the undersigned Magistrate Judge for in camera review

10 no later than September 21, 2009, all the documents sought to be

11 reviewed, including but not limited to the documents referred to

12 in the privilege log (Jt. Stmt., Exhibit C). The documents SHALL

13 BE SUBMITTED in a sealed envelope marked with the name and number

14 of the case and clearly marked as privileged and confidential

15 material. The documents SHALL BE SUBMITTED directly to the

16 chambers of the undersigned Magistrate Judge. The envelope of

17 documents SHALL CONTAIN a complete listing or itemization of the

18 documents indicating, with reference to the operative arguments

19 of the parties, the category of documents to which each document

20 or group thereof belongs as well as the document's location in

21 the privilege log. The documents shall remain in chambers in the

22 possession of the Court until all the proceedings concerning the

23 motion are concluded or until further order of the Court.

24      The parties shall file with the Court a pleading indicating

25 that documents in connection with the Plaintiffs' pending motion

26 to compel (Doc. 104) and the pending motion of Defendant Downey

27 Brand LLP for a protective order (Doc. 106) have been or are

28 being submitted to the chambers of Magistrate Judge Sandra M.

1 Snyder directly for the Court's in camera review pursuant to the

2 parties' agreement reached in the telephonic status conference of

3 September 10, 2009.

4      In view of the necessity of arranging for in camera review,

5 the hearing on the motions to compel and for a protective order

6 (Docs. 104 and 106) presently set for September 4, 2009, IS

7 CONTINUED to October 9, 2009, at 9:30 a.m., in Courtroom 7,

8 before the undersigned Magistrate Judge.

9      The parties discussed pending dates in this action during

10 the telephonic conference. Because of the postponement of the

11 hearing on the discovery motion, the Court has contacted the

12 staff of District Judge Oliver W. Wanger concerning the hearing

13 on the pending motion of Defendant Downey Brand for summary

14 judgment presently set for October 5, 2009; the hearing on the

15 motion has been continued to November 23, 2009, at 10:00 a.m., in

16 Courtroom 3, before the Honorable Oliver W. Wanger.

17

18 IT IS SO ORDERED.

19 **Dated:   September 11, 2009**          **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28