JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER, LLP a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>Defendants<br>_____/ | CASE NO. 1:06-CV-01243-OWW-SMS<br><br>**ORDER AFTER HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:    December 21, 2009<br>Time:    9:00 a.m.<br>Place:   Department 3<br>Judge:  Honorable Oliver W. Wanger |

The Court heard extended argument on Plaintiffs' request for a continuance of the hearing on the pending summary judgment motions to allow them to depose Ted Kern and a Downey Brand attorney. The Court also heard extended argument on the merits of the motions.

Plaintiffs' motion for a continuance to depose Ted Kern is granted. Plaintiffs are to depose him immediately and then inform the Court immediately afterward if they wish to submit material from Mr. Kern's deposition in opposition to the motion. If Plaintiffs inform the Court they will not submit additional material, the motions will be submitted for decision. If Plaintiffs do not inform the Court by the close of the business day on January 6, 2010 that they intend to submit additional material from the deposition of Mr. Kern, the motions will be submitted for decision.

If Plaintiffs intend to submit additional material from Mr. Kern's deposition, they will file it with the Court one working day after the deposition is completed. Defendants will be provided one working day from the date that material is filed to file a reply. The motion will then be taken under submission.

The Court will decide the two motions raising attorney-client and other privilege issues now pending before the Magistrate Judge.

The Court will issue further orders regarding the depositions of a Downey Brand attorney and expert witness discovery after deciding the pending motions for summary judgment.

The December 28, 2009, date for submitting joint pretrial statements is vacated pending a further order of the Court.

IT IS SO ORDERED.

**Dated:   December 23, 2009**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE