Douglas A. Applegate (SBN 142000)
Mark W. Epstein (143202)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California  94104
Phone:  (415) 979-0500
Fax:      (415) 979-0511

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>            Plaintiffs<br>     vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; etc.<br><br>            Defendants | Case No.: 1:06-CV-01243-OWW-SMS<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY**<br><br>**[FRCP 25(a)(1)]**<br><br>Date:   May 10, 2010<br>Time:  10:00 am<br>Ctrm:  3<br>            1130 "O" Street<br>            Fresno, CA  93721<br><br>Judge:  Hon. Oliver W. Wanger |

    The motion of Maria P. Machado, as Trustee, to be substituted as a plaintiff in the above captioned matter for decedent Alvaro Machado pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure came on regularly for hearing on May 10, 2010 at 10:00 am in Courtroom 3 of the United States District Court, the Honorable Oliver W. Wanger presiding.  All parties except Valley Gold, LLC were represented at the hearing by their counsel of record.  Douglas A. Applegate appeared telephonically for plaintiffs and for moving party Maria P. Machado.

1 Vincent O'Gara appeared telephonically on behalf of Genske, Mulder & Company, LP.  Blair M.
2 White appeared telephonically on behalf of George Vieira, Mary Vieira and California Milk
3 Market.  And James M. Kirby personally appeared on behalf of Downy Brand, LLP.
4     Upon consideration of the arguments of counsel, the briefs submitted in favor of and in
5 opposition to the motion, for the reasons set forth in the Court's Memorandum Decision
6 Granting Plaintiffs' Motion For Substitution of Maria P. Machado as Plaintiff (Doc. 244), and
7 with good cause appearing, it is hereby:
8     ORDERED, that the motion for substitution of Maria P. Machado as Plaintiff is
9 GRANTED.

IT IS SO ORDERED.

Dated:   **May 26, 2010**          **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

**S**EILER **E**PSTEIN **Z**IEGLER & **A**PPLEGATE LLP
Attorneys at Law