BLAIR M. WHITE, State Bar Number 39468
Blair White, Attorney at Law
3600 Carol Kennedy Drive
San Andreas, CA 95249
Telephone (209) 736-9661
Fax (209) 736-9038

Attorney for GEORGE VIEIRA, MARY VIEIRA, and CALIFORNIA MILK MARKET

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>Defendants | CASE NO.: CV-F-06-1243 OWW/SMS<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION OF BLAIR WHITE, ATTORNEY FOR GEORGE VIEIRA, MARY VIEIRA, AND CALIFORNIA MILK MARKET, FOR LEAVE TO WITHDRAW AS ATTORNEY**<br><br>Date:           July 19, 2010<br>Time:          10:00 a.m.<br>Courtroom:  #3 (7th Floor)<br><br>Complaint Filed:    June 25, 2007<br><br>Honorable OLIVER W. WANGER |

ORDER SHORTENING TIME FOR HEARING ON MOTION OF BLAIR WHITE, ATTORNEY FOR GEORGE VIEIRA, MARY VIEIRA, AND CALIFORNIA MILK MARKET, FOR LEAVE TO WITHDRAW AS ATTORNEY
CV-F-06-1243 OWW/SMS

1

PDF created with pdfFactory trial version www.pdffactory.com

The Court having reviewed the Application, Declaration, and Memorandum Of Points And Authorities of Blair White for Order Shortening Time. Good cause appearing for shortening the time for Motion, the Court orders that the Motion shall be heard on July 19, 2010.

Blair White shall serve the notice and all documents on the represented parties and other parties by July 13, 2010, the represented parties by mail and all other parties electronically.

Any responses to the Motion For Leave To Withdraw shall be filed by July 16, 2010.

Dated: July 8, 2010

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

ORDER SHORTENING TIME FOR HEARING ON MOTION OF BLAIR WHITE, ATTORNEY FOR GEORGE VIEIRA, MARY VIEIRA, AND CALIFORNIA MILK MARKET, FOR LEAVE TO WITHDRAW AS ATTORNEY
CV-F-06-1243 OWW/SMS
2

PDF created with pdfFactory trial version www.pdffactory.com