BLAIR M. WHITE, State Bar Number 39468
Blair White, Attorney at Law
3600 Carol Kennedy Drive
San Andreas, CA 95249
Telephone (209) 736-9661
Fax (209) 736-9038

Attorney for GEORGE VIEIRA, MARY VIEIRA, and CALIFORNIA MILK MARKET

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>Defendants | CASE NO: 1:06-cv-01243-OWW-SMS<br><br>**ORDER AFTER HEARING ON MOTION OF BLAIR WHITE, ATTORNEY FOR GEORGE VIEIRA, MARY VIEIRA, AND CALIFORNIA MILK MARKET, FOR LEAVE TO WITHDRAW AS ATTORNEY**<br><br>Date:      July 19, 2010<br>Time:     10:00 a.m.<br>Courtroom:  #3 (7th Floor)<br><br>Complaint Filed:    June 25, 2007<br><br>Honorable OLIVER W. WANGER |

ORDER AFTER HEARING ON MOTION OF BLAIR WHITE, ATTORNEY FOR GEORGE VIEIRA, MARY
VIEIRA, AND CALIFORNIA MILK MARKET, FOR LEAVE TO WITHDRAW AS ATTORNEY
1:06-cv-01243-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  The above matter came before the Court for hearing on July 19, 2010, James Kirby and
2  George Vieira appearing in open Court, Blair White, Douglas Applegate, and Vincent O'Gara
3  appearing by telephone, the Court, having reviewed the motion, orders that Blair White may
4  
5  withdraw as attorney for George Vieira, Mary Vieira, and California Milk Market effective July
6  19, 2010.
7  As to California Milk Market, notice shall be provided by Plaintiff to Curtis Colaw
8  and/or Tim Brazil last known Agents for Service of Process for California Milk Market.
9  California Milk Market shall notify the Court by August 20, 2010.
10  
11  
12  IT IS SO ORDERED.
13  
14  Dated: July 29, 2010
15                                By: /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

ORDER AFTER HEARING ON MOTION OF BLAIR WHITE, ATTORNEY FOR GEORGE VIEIRA, MARY
VIEIRA, AND CALIFORNIA MILK MARKET, FOR LEAVE TO WITHDRAW AS ATTORNEY
1:06-cv-01243-OWW-SMS
2

PDF created with pdfFactory trial version www.pdffactory.com