Douglas A. Applegate (SBN 142000)
Mark W. Epstein (143202)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California  94104
Phone:  (415) 979-0500
Fax:      (415) 979-0511

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; JOSEPH LOPES, Trustee of the RAYMOND LOPES FAMILY TRUST as successor-in-interest to RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; MARIA MACHADO, Trustee of the Machado Family Trust as successor-in-interest to ALVARO MACHADO and TONY ESTEVAM<br><br>Plaintiffs<br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; etc.<br><br>Defendants | Case No.: 1:06-CV-01243-OWW-SMS<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY**<br><br>**[FRCP 25(a)(1)]**<br><br>Date:    July 19, 2010<br>Time:   10:00 am<br>Ctrm:    3<br>             1130 "O" Street<br>             Fresno, CA  93721<br><br>Judge:   Hon. Oliver W. Wanger |

The unopposed motion of Joseph Lopes, as Trustee of the Raymond Lopes Family Trust, to be substituted as a plaintiff in the above captioned matter for decedent Raymond Lopes pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure came on regularly for hearing

- 1 –

ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

PDF created with pdfFactory trial version www.pdffactory.com

on July 19, 2010 at 10:00 am in Courtroom 3 of the United States District Court, the Honorable Oliver W. Wanger presiding. All parties except Valley Gold, LLC were represented at the hearing by their counsel of record. Douglas A. Applegate appeared telephonically for plaintiffs and for moving party Joseph Lopes. Vincent O'Gara appeared telephonically on behalf of Genske, Mulder & Company, LP. Blair M. White appeared telephonically on behalf of George Vieira, Mary Vieira and California Milk Market. And James M. Kirby personally appeared on behalf of Downy Brand, LLP.

Upon consideration of the arguments of counsel, the briefs submitted in favor of said motion, all matters of record herein and with good cause appearing, it is hereby:

ORDERED, that the motion for substitution of Joseph Lopes, Trustee of the Raymond Lopes Family Trust, is GRANTED.

IT IS SO ORDERED.

**Dated: August 6, 2010**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE