JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER, LLP a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>Defendants<br>_____/ | CASE NO. 1:06-CV-01243-OWW-SMS<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANT DOWNEY BRAND LLP AGAINST PLAINTIFF ANTONIO ESTEVAM**<br><br>**Judge Oliver W. Wanger** |

Defendant Downey Brand LLP (Downey Brand or the firm) has moved for summary judgment on all causes of action asserted against the firm by Plaintiff Antonio Estevam (Estevam).

Estevam asserts claims against Downey Brand for alleged violations of 15 U.S.C. §78j(b) and Securities and Exchange Commission Rule 10b-5 (Fourth Cause of Action) and California Corporations Code Section 54000(d) (Fifth Cause of Action) as well as common law claims for negligence, intentional misrepresentation and negligent misrepresentation (Sixth through Eighth Causes of Action).  Second Amended Complaint at 30: 2 - 43: 12.  Downey Brand's motion is granted on all causes of action for the following reasons:

The Court finds it is undisputed that Estevam did not purchase a security. Downey Brand's Undisputed Fact (DBUF) 2.  Because he did not purchase a security, Estevam cannot establish his federal or state securities fraud claims. *See Blue Chip Stamps v. Manor Drug Stores*, 421 U.S. 723, 735-736 (1975); *Kamen v. Lindly*, 94 Cal.App.4th 197, 206 (2001).

As to Estevam's common law claims, the Court finds Estevam has failed to create triable issues and the following facts are undisputed:  Downey Brand never represented Central Valley Dairymen, Inc. (CVD), the cooperative to which Estevam belonged, DBUF 1; Estevam did not read any of the documents associated with the Valley Gold offering to investors or those prepared by Valley Gold's accountants, DBUF 3; and he never retained Downey Brand to represent him nor has he ever spoken to, or heard anything said by, a Downey Brand attorney, DBUF 4.

Estevam submits no evidence Downey Brand intended, or had reason to expect, that any misrepresentation concerning Valley Gold would be repeated and acted upon by a person who did not invest in Valley Gold.  Nor does Estevam present evidence that his friends upon whom he says he relied were acting as his agents.  Assuming for purposes of this motion that Estevam has placed in issue an "indirect representation" cause of action, he submits no evidence to establish the necessary elements of such a claim.  *See Lovejoy v. AT&T Corp.*, 92 Cal.App. 4th 85, 94 (2001).

1  Downey Brand did not have an attorney-client relationship with Estevam
2  giving rise to a duty to disclose facts nor did the firm represent CVD.  *See*
3  *generally Fox v. Pollack*, 181 Cal.App. 3d 954, 960-61(1986).  Downey Brand's
4  representation of Valley Gold, an entity, did not create an attorney-client
5  relationship between Downey Brand and Estevam giving rise to a duty to disclose.
6  *See, e.g., La Jolla Cove Motel and Hotel Apartments, Inc. v. Superior Court*, 121
7  Cal.App.4th 773, 784 (2004); Cal. R. Professional Conduct 3-600(E).
8  Therefore, for the reasons set forth in more particular in the Court's
9  September 27, 2010 Memorandum of Decision IT IS HEREBY ORDERED THAT:
10 Downey Brand's motion for summary judgment against Plaintiff Antonio
11 Estevam on the Second Amended Complaint is GRANTED.

13 SO ORDERED.

15 Dated: October 12, 2010           /s/ OLIVER W. WANGER
                                      United States District Judge