JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER, LLP a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>Defendants / | CASE NO. 1:06-CV-01243-OWW-SMS<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANT DOWNEY BRAND LLP AGAINST PLAINTIFF MARIA MACHADO AS TRUSTEE OF THE MACHADO FAMILY TRUST**<br><br>**Judge Oliver W. Wanger** |

Defendant Downey Brand LLP (Downey Brand or the firm) has moved for summary judgment on all causes of action asserted against the firm by Plaintiff Maria Machado as trustee for the Machado Family Trust (the Trustee).

The Trustee asserts claims against Downey Brand on behalf of Alvaro Machado, deceased (Machado), for alleged violations of 15 U.S.C. §78j(b) and Securities and Exchange Commission Rule 10b-5 (Fourth Cause of Action) and California Corporations Code Section 54000(d) (Fifth Cause of Action) as well as common law claims for negligence, intentional misrepresentation and negligent misrepresentation (Sixth through Eighth Causes of Action).  Second Amended Complaint at 30: 2 - 43: 12.  Downey Brand's motion is granted on all causes of action for the following reasons:

The Court finds it is undisputed that Machado did not purchase a security. Downey Brand's Undisputed Fact (DBUF) 2.  Because Machado did not purchase a security, the Trustee cannot establish his federal or state securities fraud claims. *See Blue Chip Stamps v. Manor Drug Stores*, 421 U.S. 723, 735-736 (1975); *Kamen v. Lindly*, 94 Cal.App.4th 197, 206 (2001).

As to the Trustee's common law claims, the Court finds she has failed to create triable issues and the following facts are undisputed:  Downey Brand never represented Central Valley Dairymen, Inc. (CVD), the cooperative to which Machado belonged, DBUF 1; Machado did not read any of the documents associated with the Valley Gold offering to investors or those prepared by Valley Gold's accountants, DBUF 3; and he never retained Downey Brand to represent him nor has he ever spoken to, or heard anything said by, a Downey Brand attorney, DBUF 4.

The Trustee submits no evidence Downey Brand intended, or had reason to expect, that any misrepresentation concerning Valley Gold would be repeated and acted upon by a person who did not invest in Valley Gold.  Nor does she present evidence that Machado's friends upon whom he may have relied were acting as his agents.  Assuming the Trustee has placed in issue an "indirect representation" cause of action, she submits no evidence to establish the necessary elements of such a claim.  *See Lovejoy v. AT&T Corp.*, 92 Cal.App. 4th 85, 94 (2001).

1  Downey Brand did not have an attorney-client relationship with Machado
2  giving rise to a duty to disclose facts nor did the firm represent CVD.  *See*
3  *generally Fox v. Pollack*, 181 Cal.App. 3d 954, 960-61(1986).  Downey Brand's
4  representation of Valley Gold, an entity, did not create an attorney-client
5  relationship between Downey Brand and Machado giving rise to a duty to
6  disclose.  *See, e.g., La Jolla Cove Motel and Hotel Apartments, Inc. v. Superior*
7  *Court*, 121 Cal.App.4th 773, 784 (2004); Cal. R. Professional Conduct 3-600(E).
8  Therefore, for the reasons set forth in more particular in the Court's
9  September 27, 2010 Memorandum of Decision IT IS HEREBY ORDERED THAT:
10  Downey Brand's motion for summary judgment against Plaintiff Maria
11  Machado as trustee for the Machado Family Trust on the Second Amended
12  Complaint is GRANTED.

14  SO ORDERED.

16  Dated: October 12, 2010          /s/ OLIVER W. WANGER
                                     United States District Judge