1  JAMES R. KIRBY II (SBN 088911)
   SEGAL & KIRBY LLP
2  770 L Street, Suite 1440
   Sacramento, CA 95814
3  Telephone: (916) 441-0828
   Facsimile: (916) 446-6003
4
   Attorneys for Defendant DOWNEY BRAND LLP
5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
                           FRESNO DIVISION
9

10
   MANUEL LOPES and MARIANA          CASE NO. 1:06-CV-01243-OWW-SMS
11 LOPES, dba LOPES DAIRY;
   RAYMOND LOPES; JOSEPH
12 LOPES and MICHAEL LOPES,
   individually and dba WESTSIDE
13 HOLSTEIN; ALVARO              **SCHEDULING ORDER RE MOTIONS FOR**
   MACHADO and TONY ESTEVAM,      **SANCTIONS**
14
                    Plaintiffs,
15
   vs.
16
   GEORGE VIEIRA; MARY
17 VIEIRA;CALIFORNIA MILK          Judge: Honorable Oliver W. Wanger
   MARKET, a California Corporation;
18 VALLEY GOLD, LLC, a California
   Limited Liability Company; GENSKE-
19 MULDER, LLP a California Limited
   Liability
20 Partnership; ANTHONY CARY;
   DOWNEY BRAND LLP, a California
21 Limited Liability Partnership;
   CENTRAL VALLEY DAIRYMEN,
22 INC. a California Food and
   Agricultural Nonprofit Cooperative
23 Association, and DOES 1 through 25,
   inclusive,
24
                    Defendants
25 _____/

26      The hearing on the motion for sanctions filed by Defendant Genske Mulder

27 against Plaintiffs Maria Machado as trustee for the Machado Family Trust and

28 Antonio Estevam set for December 6, 2010, is vacated.

                                    1

1    Neither Genske Mulder nor Defendant Downey Brand LLP shall file a

2  motion for sanctions, whether pursuant to Federal Rule of Civil Procedure 11, the

3  Private Securities Law Reform Act, 15 U.S.C. §§78 u-4(b) *et seq.*, or any other

4  provision of law, until the claims of all Plaintiffs against the individual defendant

5  are finally resolved in this Court.

6    When the claims of all Plaintiffs against any individual defendant are

7  resolved, that defendant may promptly apply to the Court for a schedule for filing

8  and hearing any motion for sanctions.  The Court will then establish a briefing

9  schedule, set a hearing date and rule on any motions for sanctions before

10  entering final judgment.  This order supersedes any other deadline for the filing of

11  a motion for sanctions that might otherwise apply.

12

13  IT IS SO ORDERED.

14

15  Dated: <u>November 2, 2010</u>          <u>/s/ Oliver W. Wanger</u>
                              UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28