1  Arthur V. Pearson - 58860
   Vincent O'Gara - 62304
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Accountants for Defendant
   GENSKE, MULDER & COMPANY
6

7  UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

9  FRESNO DIVISION

10

11 MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; MARIA MACHADO as trustee of the MACHADO FAMILY TRUST; and TONY ESTEVAM,

   Case No.: 1:06-CV-01243-OWW-SM

   **ORDER GRANTING MOTION FOR SUMMARY FOR SUMMARY JUDGMENT BY DEFENDANT GENSKE MULDER, LLP AGAINST PLAINTIFF ANTONIO ESTEVAM**

14        Plaintiff,

15 v.                                    Judge:    Hon. Oliver W. Wanger

16 GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,

   Location:   U.S. District Court
               2500 Tulare Street
               Fresno, California 93721

   Complaint Filed:       September 11, 2006
   2ndAmed.Compt Filed:   April 2, 2008
   Trial Date:            TBA

22        Defendants.

23

24

25        Defendant Genske 'Mulder & Co. LLP ("Genske Mulder") has moved for summary judgment

26 on all causes of action asserted against it by Plaintiff Antonio B. Estevam ("Estevam").

27        Estevam asserts claims against Genske Mulder for alleged violations of 15 U.S.C. § 78j(b) and

28                                         - 1 –
_____**[Proposed]**
**Order Granting Motion For Summary For Summary Judgment By Defendant Genske Mulder, Llp Against Plaintiff Maria Machado As Trustee Of The Machado Family Trust**

Securities and Exchange Commission Rule 10b-5 (Fourth Cause of Action) and California Corporations Code Section 54000(d) (Fifth Cause of Action) as well as claims for negligence, intentional misrepresentation and negligent misrepresentation (Sixth through Eighth Causes of Action). Second Amended Complaint at ¶108-174.

Genske Mulder's motion is granted on all causes of action for the following reasons:

The Court finds it is undisputed that Estevam did not purchase a security. Genske Mulder's Undisputed Fact (GMUDF) 1. Because he did not purchase a security, Estevam cannot establish his federal or state securities fraud claims. *See Blue Chip Stamps v. Manor Drug Stores*, 421 U.S. 723, 735-736 (1975); *Kamen v. Lindly*, 94 Cal.App.4th 197, 206 (2001).

As to Estevam's common law claims, the Court finds Estevam has failed to create triable issues and the following facts are undisputed: Estevam did not read any of the documents associated with the Valley Gold offering to investors or those prepared by Genske Mulder, GMUDF 2; and he never retained Genske Mulder as his accountant GMUDF 5; nor has he ever spoken to, or heard anything said by Genske Mulder, GMUDF 8.

Estevam submitted no evidence Genske Mulder intended, or had reason to expect, that any misrepresentation concerning Valley Gold would be repeated and acted upon by a person who did not invest in Valley Gold. Nor does Estevam present evidence that his friends upon whom he says he relied were acting as his agents. Memorandum Decision at 17:22-18:5. Assuming for purposes of this motion that Estevam has placed in issue an "indirect representation" cause of action, he submits no evidence to establish the necessary elements of such a claim. See, *Lovejoy v. AT&T Corp.*, 92 Cal.App.4th 85, 94 (2001).

Genske Mulder did not have an accountant-client relationship with Estevam giving rise to a duty to disclose facts. See generally *Fox v. Pollack*, 181 Cal.App.3d 954, 960-61(1986). Genske Mulder accounting work for Valley Gold, an entity, did not create an relationship between Genske Mulder and Estevam giving rise to a duty to disclose. *See*, *e.g.*, *La Jolla Cove Motel and Hotel Apartments, Inc. v. Superior Court*, 121 Cal.App.4th 773, 784 (2004.

Therefore, for the reasons set forth in more particular in the Court's September 27, 2010

- 2 –

**[Proposed] Order Granting Motion For Summary For Summary Judgment By Defendant Genske Mulder, Llp Against Plaintiff Maria Machado As Trustee Of The Machado Family Trust**

Memorandum of Decision

IT IS HEREBY ORDERED THAT:

Genske Mulder's motion for summary judgment against Plaintiff Antonio B. Estevam on the Second Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated:   **November 12, 2010**                    **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE

- 3 –

**[Proposed]
Order Granting Motion For Summary For Summary Judgment By Defendant Genske Mulder, Llp Against Plaintiff Maria Machado As Trustee Of The Machado Family Trust**