JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY, et al. | CASE NO. 1:06-CV-01243-OWW-SMS |
| Plaintiffs, | **ORDER MODIFYING [352] MINUTE ORDER RE BRIEFING SCHEDULE FOR HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| GEORGE VIEIRA, et al. | Place: Department 3<br>Judge: Honorable Oliver W. Wanger |
| Defendants | |

The Court's minute order of March 1, 2011, is modified to add the following sentence: "Defendants shall filed any supplemental reply briefs by 3/25/11 before the close of business. Replies shall be limited to ten pages."

IT IS SO ORDERED.

Dated: March 8, 2011          /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE