UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DIARY, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA, et al.,<br><br>　　　　　Defendants. | 1:06-cv-01243-OWW-SMS<br><br>**ORDER RE: SETTLEMENT CONFERENCE**<br><br>Date:　7/13/11<br>Time:　10:30 a.m.<br>Ctrm:　7 |

　　Pursuant to the Minutes (Doc. 381) issued following the Status Conference held on May 25, 2011 at the request of the parties (Doc. 379), this case is set for a Mandatory Settlement Conference on July 13, 2011 at 10:30 a.m. in Courtroom No. 7 on the Sixth Floor before the Honorable Sandra M. Snyder (SMS), United States Magistrate Judge, to whom this case is assigned.

　　Therefore, consideration of settlement is a serious matter that requires thorough preparation prior to the Settlement Conference.  Accordingly, the following is HEREBY ORDERED:

//

1       **1.      Pre-Settlement Conference Exchange of Demand and Offer**

2              A Settlement Conference is more likely to be productive
3  if, prior thereto, the parties exchange written settlement
4  proposals.  Accordingly, at least fifteen (15) days prior to the
5  Settlement Conference, plaintiffs' counsel shall submit a written
6  itemization of damages and settlement demand to defense counsel,
7  together with a brief summary of the legal and factual basis
8  supporting the demand.  No later than ten (10) days prior to the
9  Settlement Conference, defense counsel shall submit a written
10 offer to plaintiffs' counsel with a brief summary of the
11 legal and factual basis supporting the offer.

12      **2.      Submission and Content of Mandatory Confidential**
13              **Settlement Conference Statements**

14             The parties are to e-mail Confidential Settlement
15 Conference Statements to SMSOrders@caed.uscourts.gov, no later
16 than five (5) business days prior to the conference, or by July
17 6, 2011.  The Pro Se Defendants George and Mary Vieira are to
18 mail their Confidential Settlement Conference Statement directly
19 to Judge Snyder as follows:

20                     Hon. Sandra M. Snyder
                       United States Magistrate Judge
21                     UNITED STATES DISTRICT COURT
                       2500 Tulare Street, Suite 1501
22                     Fresno, CA 93721

23 Additionally, each party represented by counsel shall e-file a
24 Notice of Submission of Confidential Settlement Conference
25 Statement in compliance with Local Rule 270(d).

26             Confidential Settlement Conference Statements (are
27 typically typed and double spaced and) shall include the
28 following:

2

      a.   A brief summary of the core facts, allegations, and defenses.

      b.   A summary of the proceedings to date.

      c.   An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

      d.   The nature of the relief sought.

      e.   An outline of past settlement efforts, including information regarding the "Pre-Settlement Conference Exchange of Demand and Offer" required above, and a history of past settlement discussions, offers, and demands.

      f.   A statement of each party's expectations and goals for the Settlement Conference.

**3.   Attendance of Trial Counsel and Parties Required**

*The attorneys who will try the case and parties with full and complete settlement authority are required to personally attend.* An insured party shall appear by a representative of the insurer who is authorized to negotiate, and who has *authority to settle the matter up to the limits of the opposing parties' existing settlement demand.* An uninsured corporate party shall appear by a representative authorized to negotiate, and who has *authority to settle the matter up to the amount of the opposing parties' existing settlement demand or offer.* Having a client with authority available by telephone is *not* an acceptable alternative, except under the most extenuating circumstances, which does not include out-of-town or out-of-state travel and the purchase of an airplane ticket. The Court generally sets aside at least a couple of hours for each conference. Therefore, it is difficult for a party who is not present to appreciate the

process and the reasons that may justify a change in one's perspective toward settlement.

The Court expects all counsel and party representatives to be fully prepared to participate.  The Court encourages all parties to keep an open mind in order to reassess their previous positions and to discover creative means for resolving the dispute.

**4.   Issues to be Discussed**

The parties *shall* be prepared to discuss the following at the Settlement Conference:

a. Goals in the litigation and problems they would like to address in the Settlement Conference and understanding of the opposing side's goals.

b. The issues (inside and outside the lawsuit) that need to be resolved.

c. The strengths and weaknesses of their case.

d. Their understanding of the opposing side's view of the case.

e. The points of agreement and disagreement (factual and legal) between the parties.

f. Any financial, emotional, and/or legal impediments to settlement.

g. Whether settlement or further litigation better enables the accomplishment of their respective goals.

h. Any possibilities for a creative resolution of the dispute.

//

/

1 **5.  Statements Inadmissible**

2 The parties are expected to address each other with
3 courtesy and respect, and are encouraged to be frank and open in
4 their discussions.  Statements made by any party during the
5 settlement conference are not to be used in discovery and will
6 not be admissible at trial.

7 **6.  Persons Appearing In Propria Persona**

8 Local Rule 183(a) ~ Rules Governing Appearance ~
9 states, in part, that:

10 > Any individual representing himself or
> herself without an attorney is bound by the
11 > Federal Rules of Civil or Criminal Procedure,
> these Rules, and all other applicable law.
12 > All obligations placed on "counsel" by these
> Rules apply to individuals appearing <u>in</u>
13 > <u>propria</u> <u>persona</u>.  Failure to comply therewith
> may be ground for dismissal, judgment by
14 > default, or any other sanction appropriate
> under these Rules.

15

16 Additionally, Local Rule 131(a) ~ Counsel
17 Identification And Signatures ~ requires, in part, that:

18 > . . . if <u>in</u> <u>propria</u> <u>persona</u>, the name,
> address, and telephone number of the party
19 > . . . shall appear in the upper left-hand
> corner of the first page of each document
20 > presented for filing.

21 Therefore, in compliance with these Rules, **the**
22 **Confidential Settlement Conference Statement of Pro Se Defendants**
23 **George and Mary Vieira must contain** their names, address, as well
24 as **a telephone number**, in the upper left-hand corner of the first
25 page, and on any and other documents presented for filing with
26 the court.
27 //
28 /

5

**7. Admonition**

If there is no settlement authority from either or any party and/or it is the hope of one or more parties that this Court assess strengths and weaknesses of each parties' cases such that this Court will hopefully convince a party to dismiss the lawsuit, **THIS IS NOT SETTLEMENT.** In such a situation, the parties are ordered to coordinate a telephonic conference call with this Court, through Courtroom Deputy Harriet Herman at (559) 499-5692 prior to the Settlement Conference, to discuss the status of settlement. **Failure to do so could result in sanctions against any or all parties if appearances are made and it was known to one or more parties that the case cannot settle.**

IT IS SO ORDERED.

**Dated:   May 26, 2011**                              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE