Arthur V. Pearson - 58860
Vincent O'Gara - 62304
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendant
GENSKE, MULDER & COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; JOSEPH LOPES, Trustee of the RAYMOND LOPES FAMILY TRUST as successor-in-interest to RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; MARIA MACHADO, Trustee of the Machado Family Trust and as the successor-in-interest to ALVARO MACHADO and TONY ESTEVAM,<br><br>       Plaintiff,<br><br>v.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER LLP, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No.: 1:06-CV-01243-OWW-SM<br><br>FORM OF ORDER MEMORALIZING THE COURT'S MEMORANDUM DECISION REGARDING DOWNEY BRAND AND GENSKE MULDER'S MOTIONS FOR SUMMARY JUDGMENT AGAINST JOSEPH LOPES AS TRUSTEE OF THE ESTATE OF RAYMOND LOPES; MANUEL AND MARIANA LOPES; JOSEPH AND MICHAEL LOPES; AND VALLEY GOLD<br><br>(DOCS. 139, 145, 150, 151, 273, 277, 341, 342)<br><br>Date:         April 6, 2011<br>Time:        1:00 p.m.<br>Courtroom:   Three; 7th Floor<br>Judge:       Hon. Oliver W. Wanger<br><br>Location:    U.S. District Court<br>             2500 Tulare Street<br>             Fresno, California 93721<br><br>Complaint Filed:        September 11, 2006<br>3rd Amend. Comp. Filed: Nov. 1, 2010<br>Trial Date:             June 14, 2011 |

The Motions for Summary Judgment filed by Defendant Genske, Mulder & Company, LLP ("Genske Mulder") came on regularly for hearing at the above date and time before the Honorable Oliver W. Wanger.

- 1 -

Order Memorializing The Court's Memorandum Decision Re
Genske Mulder's Motion For Summary Judgment

The appearances of the parties are as stated on the record at the hearings on April 1, 2011 and April 6, 2001.

Having duly considered the papers filed, the written and oral argument of counsel, and good cause appearing therefore, and or the reasons set forth in the Court's May 16, 2011 Memorandum Decision Re Downey Brand LLP's and Genske Mulder & Company's Motions for Summary Judgment against Joseph Lopes as Trustee of the Estate of Raymond Lopes; Manuel and Mariana Lopes; Joseph and Michael Lopes; and Valley Gold (the "MEMORANDUM"),

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's request for clarification is DENIED.
2. Plaintiff's offer of proof is REJECTED.
3. Genske Mulder's motions for summary judgment as to Manuel and Mariana Lopes, Raymond Lopes, and Joseph and Michael Lopes are GRANTED as to the Sixth Cause of Action (Negligence) asserted by these plaintiffs.
4. Genske Mulder's motions for summary judgment as to Manuel and Mariana Lopes, Raymond Lopes, and Joseph and Michael Lopes as to the Fourth Cause of Action are GRANTED as to any misrepresentation claims regarding the Offering Memorandum and business plan, and allegations that: Genske Mulder should have discovered Mr. Vieira's wrongdoings, should have advised Plaintiffs as to the Milk Fund, should have advised Plaintiffs as to the viability and reputation of the New Jersey distributor, and should have disclosed to Plaintiffs that Valley Gold was selling its cheese at a discount, and are DENIED as to the other Fourth Cause of Action allegations as set forth in the MEMORANDUM.
5. Genske Mulder's motions for summary judgment as to Manuel and Mariana Lopes, Raymond Lopes, and Joseph and Michael Lopes on their Fifth Cause of Action (California State Securities Fraud) was GRANTED in a previous memorandum decision and order.
6. Genske Mulder's motions for summary judgment as to Manuel and Mariana Lopes,

Raymond Lopes, and Joseph and Michael Lopes as to any claims for lost milk payments was GRANTED in a previous memorandum decision and order.

7. Genske Mulder's motion for summary judgment is GRANTED as to any Valley Gold claims based on allegations that Genske Mulder should have discovered Mr. Vieira's wrongdoings, should have advised Valley Gold as to the Milk Fund, should have advised Valley Gold as to the visibility and reputation of the New Jersey distributor, and should have disclosed to Valley Gold that Valley Gold was selling its cheese at a discount; Genske Mulder's motion for summary judgment is DENIED as to the other Valley Gold Sixth Cause of Action (derivative claim) allegations as set forth in the MEMORANDUM.

8. Genske Mulder's motions for summary judgment as to Manuel and Mariana Lopes, Raymond Lopes, and Joseph and Michael Lopes are DENIED as to the Seventh and Eighth causes of action.

**SO ORDERED**.

Dated: June 8, 2011					By /s/ Oliver W. Wanger
							Oliver O. Wanger
							United States District Judge