JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>            Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER, LLP a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>            Defendants<br>_____/ | CASE NO. 1:06-CV-01243-OWW-SMS<br><br>**ORDER RE MOTIONS FOR SUMMARY JUDGMENT FILED BY DOWNEY BRAND LLP**<br><br>Place:       Department 3<br>Judge:      Hon. Oliver W. Wanger<br><br>Third Amended Complaint<br>Filed:         November 1, 2010<br><br>Trial Date:  August 30, 2011 |

Downey Brand LLP (Downey Brand) moves for summary judgment against Plaintiffs Manuel and Mariana Lopes, Raymond Lopes, Joseph and Michael Lopes, and Valley Gold LLC. For the reasons stated in detail in the Court's Memorandum Decision of May 17, 2011, the Court rules as follows:

1. Plaintiffs' request for clarification of the Court's earlier rulings is DENIED.

2. Plaintiffs' offer of proof regarding expert testimony is REJECTED.

3. Downey Brand's motions for summary judgment as to Manuel and Mariana Lopes, Raymond Lopes, and Joseph and Michael Lopes are GRANTED as to claims regarding Valley Gold's business plan and the Sixth Cause of Action of the Third Amended Complaint. The motions are DENIED as to the Fourth, Seventh, and Eighth Causes of Action.

4. Downey Brand's motion for summary judgment as to the derivative claim asserted on behalf of Valley Gold is GRANTED.

SO ORDERED.

Dated: June 8, 2011                    /s/ OLIVER W. WANGER
                                       United States District Judge