JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER, LLP a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>Defendants<br>_____/ | CASE NO. 1:06-CV-01243-OWW-SMS<br><br>**AMENDED SCHEDULING ORDER**<br><br>Place: Department 3<br>Judge: Hon. Oliver W. Wanger<br><br>Third Amended Complaint<br>Filed: November 1, 2010<br><br>Trial Date: August 30, 2011 |

The Court conducted a status conference on May 25, 2011. Plaintiffs, and Defendants Downey Brand LLP and Genske Mulder appeared through counsel by telephone. Defendants George and Mary Vieira, appearing in propria persona, were present in the courtroom.

The Court establishes the following schedule for the conduct of this case:

Motions for reconsideration (and any other motions) are to be filed by June 6, 2011, with responses due by June 13, 2011. Replies are waived. The hearing on these motions is set on shortened time to be held on June 27, 2011 at 10:00 a.m. in Courtroom 3 (OWW) before Judge Oliver W. Wanger. The Court and counsel will discuss a fourth amended complaint at the hearing.

All depositions except experts are to be completed by June 29, 2011.

A Mandatory Settlement Conference is set for July 13, 2011 at 10:30 a.m. in Courtroom 7 (SMS) before Magistrate Judge Sandra M. Snyder.

Expert witness disclosures are to be made by July 21, 2011, supplemental expert disclosures are due on August 4, 2011.

Motions in Limine are to be filed by August 10, 2011, with responses due on August 17, 2011. Motions In Limine will be heard on August 19, 2011 at 12:00 p.m. in Courtroom 3 (OWW) before Judge Oliver W. Wanger.

A Pretrial Conference is set for August 15, 2011 at 11:00 a.m. in Courtroom 3 (OWW) before Judge Oliver W. Wanger, and Jury Trial is continued to August 30, 2011 at 9:00 a.m. in Courtroom 3 (OWW) before Judge Oliver W. Wanger.

IT IS SO ORDERED.

Dated: June 8, 2011                         /s/ OLIVER W. WANGER
                                            United States District Judge