Paul M. Mahoney, SBN 43531
pmmahoney@verizon.net
Richard A. Soll, SBN 67610
r.soll@verizon.net
MAHONEY & SOLL LLP
150 West First Street, Suite 280
P.O. Box 940
Claremont, CA 91711
Phone: (909) 399-9987
Fax: (909) 399-0130
Attorneys for Defendant GEORGE VIEIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:06-CV-01243-OWW-SMS<br><br>**ORDER CONTINUING TRIAL**<br><br>DATE:    August 12, 2011<br>TIME:    12:00 p.m.<br>CTRM:    3<br><br>Complaint Filed: June 25, 2007<br>Honorable Oliver W. Wanger |

Based upon the motion filed by Defendant GEORGE VIEIRA, and for good cause shown,

/ / /

1  IT IS HEREBY ORDERED that the trial of this case is continued from August 30,
2  2011 to November 29, 2011, at 9:00 a.m. in Courtroom 3 of the above-entitled court.
3  The Motion to Continue the trial currently set for August 12, 2011 is VACATED.
4  Motion in Limine currently set for August 19, 2011 is moved to November 10, 2011, Pre-
5  Trial Conference currently set for August 12, 2011 is moved to November 14, 2011.

9  DATED: August 10, 2011_                    /s/ OLIVER W. WANGER
                                              UNITED STATES DISTRICT JUDGE