1  CALIFORNIA MILK MARKET, In Pro Per
   1429 Stanislaus Street
2  Esclalon, CA  95320

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:06-CV-01243-OWW-SMS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR CALIFORNIA MILK MARKET** |

　　　The Court orders that the request of Defendant CALIFORNIA MILK MARKET, a California corporation in pro per, to substitute Paul M. Mahoney of Mahoney & Soll LLP who is retained counsel, located at 150 West First Street, Suite 280, Claremont, California 91711;

-1-

1  email address pmmahoney@verizon.net; telephone number (909) 399-9987; fax number (909)
2  399-0130; state bar number 43531 as attorney of record in place and stead of CALIFORNIA
3  MILK MARKET, in pro per, is hereby granted.

5      IT IS SO ORDERED.

6  **Dated:   August 11, 2011**                          **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE