JAMES R. KIRBY II (SBN 088911)
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAM,<br><br>          Plaintiffs,<br><br>vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE-MULDER, LLP a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC. a California Food and Agricultural Nonprofit Cooperative Association, and DOES 1 through 25, inclusive,<br><br>          Defendants<br>_____/ | CASE NO. 1:06-CV-01243-OWW-SMS<br><br>**ORDER RE GOOD FAITH SETTLEMENT**<br><br>Place:     Department 3<br>Judge:    Hon. Oliver W. Wanger<br><br>Third Amended Complaint<br>Filed:       November 1, 2010<br><br>Trial Date: August 30, 2011 |

Pursuant to the stipulation of all parties to this action, the Court finds that the settlement reached between Plaintiffs, Defendants Downey Brand LLP and Genske-Mulder LLP is in good faith within the meaning of California Code of Civil Procedure Section 877.6.

1  All parties have agreed and there are no other identified parties who need to be
2  notified.

4  IT IS SO ORDERED.

5  Dated:   August 12, 2011               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE