Douglas A. Applegate (SBN 142000)
Mark W. Epstein (143202)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:     (415) 979-0511

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; ALVARO MACHADO and TONY ESTEVAN<br><br>   Plaintiffs<br>   vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>   Defendants | Case No.: 1:06-CV-01243-SMS<br><br><br><br>ORDER APPROVING FORM OF NOTICE OF SETTLEMENT<br><br>FRCP 23.1(c) |

Upon the stipulation of the Plaintiffs and defendant Genske Mulder & Company LLP ("Genske"), made by and through their counsel of record, pursuant to the provisions of rule 23.1 of the Federal Rules of Civil Procedure and with good cause appearing, IT IS HEREBY ORDERED that the form of settlement notice attached as Exhibit A to the stipulation filed

herein be and it hereby is, APPROVED.  Likewise, the proposed protective order stipulated to by Genske and Plaintiffs and attached as Exhibit B to their stipulation is APPROVED and will be separately entered by the Court.

Plaintiffs' counsel is accordingly hereby ORDERED to serve a copy of the settlement notice by first class mail to the last known address of all former members of Valley Gold, LLC, and to serve the notice by Federal Express or other overnight personal courier service upon the former president of Valley Gold, LLC, Mr. Tim Brasil.

IT IS SO ORDERED.

Dated:   **October 19, 2011**                              **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE