Douglas A. Applegate (SBN 142000)
Mark W. Epstein (143202)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California  94104
Phone:  (415) 979-0500
Fax:     (415) 979-0511

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA  -- FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; JOSEPH LOPES as Trustee of the Lopes Family Trust, successor-in-interest to RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; MARY MACHADO, as Trustee of the Machado Family Trust and successor-in-interest to ALVARO MACHADO and TONY ESTEVAM<br><br>            Plaintiffs<br>    vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>            Defendants | Case No.:  1:06-CV-01243 SMS<br><br>ORDER FOR DISMISSAL OF ACTION AS AGAINST DOWNEY BRAND LLP<br><br><br><br>Judge Sandra M. Snyder |

    Upon the Stipulation of the Plaintiffs and Downey Brand LLP, pursuant to the

settlement agreement previously approved by the Court, and with good cause appearing, IT IS

HEREBY ORDERED that the above-captioned matter be, and it hereby is, DISMISSED with

1  prejudice as against defendant Downey Brand LLP, with each party waiving any recovery of
2  fees or costs.

IT IS SO ORDERED.

Dated:   **November 10, 2011**                              **/s/ Sandra M. Snyder**
                                                                                    UNITED STATES MAGISTRATE JUDGE