Douglas A. Applegate (SBN 142000)
Mark W. Epstein (143202)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California  94104
Phone:  (415) 979-0500
Fax:      (415) 979-0511

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA  -- FRESNO DIVISION

| | |
|---|---|
| MANUEL LOPES and MARIANA LOPES, dba LOPES DAIRY; JOSEPH LOPES as Trustee of the Lopes Family Trust, successor-in-interest to RAYMOND LOPES; JOSEPH LOPES and MICHAEL LOPES, individually and dba WESTSIDE HOLSTEIN; MARY MACHADO, as Trustee of the Machado Family Trust and successor-in-interest to ALVARO MACHADO and TONY ESTEVAM<br><br>         Plaintiffs<br>     vs.<br><br>GEORGE VIEIRA; MARY VIEIRA; CALIFORNIA MILK MARKET, a California Corporation; VALLEY GOLD, LLC, a California Limited Liability Company; GENSKE, MULDER & COMPANY, a California Limited Liability Partnership; ANTHONY CARY; DOWNEY BRAND LLP, a California Limited Liability Partnership; CENTRAL VALLEY DAIRYMEN, INC., a California Food and Agricultural Nonprofit Cooperative Association; and DOES 1 through 25, inclusive,<br><br>         Defendants | Case No.:  1:06-CV-01243 SMS<br><br>ORDER FOR DISMISSAL OF ACTION AS AGAINST GENSKE MULDER & COMPANY, LLP<br><br><br><br><br><br><br><br>Judge Sandra M. Snyder |

Upon the Stipulation of the Plaintiffs and Genske Mulder & Company, LLP, pursuant to the settlement agreement previously approved by the Court, and with good cause appearing, IT IS HEREBY ORDERED that the above-captioned matter be, and it hereby is, DISMISSED

- 1 –

with prejudice as against defendant Genske Mulder & Company, LLP, with each party waiving any recovery of fees or costs.

IT IS SO ORDERED.

Dated: __**December 13, 2011**__                    _____**/s/ Sandra M. Snyder**_____
                                                                                UNITED STATES MAGISTRATE JUDGE

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Attorneys at Law