IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE VIERA, et al.,<br><br>    Defendants. | Case No.: 1:06-CV-01243 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 487) |

On March 9, 2012, the parties notified the Court that the matter had been settled. (Doc. 487). They request 70 days to finalize the settlement and to file the request for dismissal. Id. at 2. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than May 21, 2012, the parties SHALL file a stipulated request for dismissal;

2. All pending dates in the matter, including the trial date, is **VACATED**;

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160.

IT IS SO ORDERED.

Dated:   **March 12, 2012**                                         /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE

1