# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE VIEIRA, et al., )<br>)<br>Defendants. ) | Case No.: 1:06-cv-01243 JLT<br><br>ORDER GRANTING STIPULATED DISMISSAL<br><br>(Doc. 489) |

On April 26, 2012, Plaintiffs and George Vieira—the only defendant remaining in this action—filed a stipulation seeking dismissal of the action. (Doc. 489) In the stipulation, the parties agree that they entered into a settlement agreement in March 2012 and that Mr. Vieira has fulfilled the terms of the agreement. Id. at 2. Based thereon, the parties seek a dismissal of the action with each party bearing their own costs and fees. Id. Therefore, good cause appearing, the Court **ORDERS**:

1. The matter is **DISMISSED**;
2. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   **April 27, 2012**            /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE