# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPES, et al., | ) Case No.: 1:06-cv-01243 JLT |
| Plaintiffs, | ) ORDER GRANTING STIPULATED DISMISSAL |
| v. | ) (Doc. 489) |
| GEORGE VIEIRA, et al., | ) |
| Defendants. | ) |

On April 26, 2012, Plaintiffs and George Vieira—the only defendant remaining in this action—filed a stipulation seeking dismissal of the action. (Doc. 489) In the stipulation, the parties agree that they entered into a settlement agreement in March 2012 and that Mr. Vieira has fulfilled the terms of the agreement. Id. at 2. Based thereon, the parties seek a dismissal of the action with each party bearing their own costs and fees. Id. Therefore, good cause appearing, the Court **ORDERS:**

1. The matter is **DISMISSED**;
2. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:  **April 27, 2012**                    /s/ Jennifer L. Thurston
                                                               UNITED STATES MAGISTRATE JUDGE